# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:<br><br>FREDERICK LEROY NIXON, SR.<br><br>Debtor(s) | Case No. 19-00371/W/3 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

William K. Stephenson, Jr., chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/21/2019.

2) The plan was confirmed on 06/06/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 10/16/2019.

6) Number of months from filing to last payment: 8.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $65,911.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

    Total paid by or on behalf of the debtor      $3,400.00
    Less amount refunded to debtor      $0.00

**NET RECEIPTS:**      **$3,400.00**

**Expenses of Administration:**

    Attorney's Fees Paid Through the Plan      $0.00
    Court Costs      $0.00
    Trustee Expenses & Compensation      $289.00
    Other      $0.00

**TOTAL EXPENSES OF ADMINISTRATION:**      **$289.00**

Attorney fees paid and disclosed by debtor:      $2,700.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLSOUTH FEDERAL CR UN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLSOUTH FEDERAL CR UN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ally Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | NA | 1,216.13 | 1,216.13 | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP POR | Unsecured | 948.00 | 948.17 | 948.17 | 0.00 | 0.00 |
| CAP1/BSTBY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CARRINGTON MORTGAGE SVCS LLC | Secured | 183,644.00 | 185,670.15 | 185,670.15 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERV | Unsecured | 2,204.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERV | Unsecured | 1,770.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 3,102.00 | 3,102.92 | 3,102.92 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 1,803.00 | 1,803.25 | 1,803.25 | 0.00 | 0.00 |
| CES/BANK OF AMERICA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE MTG | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITYBANK/VALUECITY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DBA PARAGON REVENUE GR | Unsecured | 648.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Unsecured | 7,062.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Unsecured | 6,168.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Unsecured | 3,792.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Unsecured | 3,435.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Unsecured | 2,711.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Unsecured | 2,612.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Unsecured | 2,335.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Unsecured | 2,141.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Unsecured | 2,032.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Unsecured | 2,013.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Unsecured | 2,013.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Unsecured | 1,994.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Unsecured | 1,939.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Unsecured | 1,742.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Unsecured | 1,521.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DEPT OF ED/NAVIENT | Unsecured | 1,520.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Unsecured | 1,342.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Unsecured | 1,306.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Unsecured | 1,033.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Unsecured | 418.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/MOHELA | Unsecured | 2,009.00 | 6,360.55 | 6,360.55 | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV LLC | Unsecured | NA | 293.13 | 293.13 | 0.00 | 0.00 |
| Dsnb Macys | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DSS Child Suppport | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 486.00 | NA | NA | 0.00 | 0.00 |
| GUILD MORTGAGE COMPANY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| I C SYSTEM INC | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 4,936.00 | 4,935.86 | 4,935.86 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,138.00 | 1,138.08 | 1,138.08 | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 852.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 729.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MOHELA/DEPT OF ED | Unsecured | 1,167.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NAVY FEDERAL CR UNION | Unsecured | 3,868.00 | NA | NA | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 2,971.00 | 2,971.68 | 2,971.68 | 0.00 | 0.00 |
| PMAB LLC | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOV ASSOC | Unsecured | 581.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOV ASSOC | Unsecured | 431.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 609.00 | 609.17 | 609.17 | 0.00 | 0.00 |
| RICHLAND CNTY TAX COLL | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| RICHLAND CTY CLERK OF COURT | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Safe Federal Credit Un | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SAFE FEDERAL CREDIT UNION | Unsecured | NA | 7,427.05 | 7,427.05 | 0.00 | 0.00 |
| SAFE FEDERAL CREDIT UNION | Secured | 23,483.00 | 15,500.00 | 15,500.00 | 2,450.61 | 660.39 |
| SC STUDNTLN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SCHNEIDER COMMUNITY CU | Unsecured | 2,686.00 | 2,661.96 | 2,661.96 | 0.00 | 0.00 |
| SCHNEIDER CU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHANNON MCGEE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/AMAZON | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/AMAZON | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/ASHLEY HOMESTORE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/CARE CREDIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/DISCOUNT TIRE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/JCP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/LOWES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/OLD NAVY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/ROOMS TO GO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/WALMART | Unsecured | 717.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/WALMART | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TBOM/ATLS/FORTIVA | Unsecured | 1,757.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA/TARGETCRED | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Tnb - Target | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNITED STATES TREASURY | Priority | 17,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEP ED | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 2,997.00 | NA | NA | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Unsecured | 12,623.00 | 12,623.95 | 12,623.95 | 0.00 | 0.00 |
| USAA SAVINGS BANK | Unsecured | 3,582.00 | NA | NA | 0.00 | 0.00 |
| USAA SAVINGS BANK | Unsecured | 3,003.00 | NA | NA | 0.00 | 0.00 |
| USAA SAVINGS BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 2,613.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO CARD SERVICES | Unsecured | 4,908.00 | 4,908.91 | 4,908.91 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Wells Fargo Hm Mortgag | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Hm Mortgag | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $15,500.00 | $2,450.61 | $660.39 |
| All Other Secured | $185,670.15 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$201,170.15** | **$2,450.61** | **$660.39** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$51,000.81** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $289.00 |
| Disbursements to Creditors | $3,111.00 |
| **TOTAL DISBURSEMENTS:** | **$3,400.00** |

UST Form 101-13-FR-S (09/01/2009)

     12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/04/2019             By: /s/ William K. Stephenson, Jr.
                                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**